**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INSTACOM, LLC, | § | Case No. |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD, and | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Instacom LLC ("Instacom" or "Plaintiff") for its Complaint against Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") for patent infringement, alleges as follows:

**THE PARTIES**

1. Instacom is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 6010 West Spring Creek Parkway, Suite 523, Plano, Texas 75024.

2. Upon information and belief, Defendant Samsung Electronics Co. Ltd. ("SEC") is a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at 129 Samsung-Ro, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 443-742, Republic of Korea, and may be served pursuant to the provisions of the Hague Convention. SEC is a leading manufacturer and seller of displays and televisions in the world and in the United States. Upon information and belief, SEC, directly or through intermediaries, and places its

products and/or services, including those accused herein of infringement, into the stream of commerce which terminates in the Judicial District of the Eastern District of Texas.

3.      Upon information and belief, Defendant Samsung Electronics America, Inc. ("SEA") is a corporation organized and existing under the laws of the State of New York. On information and belief, SEA, collectively with SEC, is involved in the design, manufacture, use, offering for sale, and/or sales of display and television products, including the Accused Products as defined below. Defendant SEA maintains facilities at 6625 Excellence Way, Plano, Texas 75023. SEA may be served with process through its registered agent for service in Texas: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136. SEA is a wholly-owned subsidiary of SEC.

4.      The parties to this action are properly joined under 35 U.S.C. § 299 because the right to relief asserted against Defendants jointly and severally arises out of the same series of transactions or occurrences relating to the making, using, offering to sell, selling, and importing of the same products. Additionally, questions of fact common to both Defendants will arise in this action.

## JURISDICTION

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 1367.

6.      This Court has specific and personal jurisdiction over the Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, the Defendants have sufficient minimum contacts with this forum because Defendants transact substantial business in the State of Texas and in this

Judicial District. Further, the Defendants have, directly or through subsidiaries or intermediaries, committed and continue to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below. For example, on information and belief, the Accused Products are available for purchase in this Judicial District.

7. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because the Defendants are foreign companies that may be sued in any Judicial District, including the Eastern District of Texas. The Defendants are subject to personal jurisdiction in this Judicial District and have committed acts of patent infringement in this Judicial District. On information and belief, the Defendants through their own acts and/or through the acts of each other Defendant, make, use, sell, and/or offer to sell infringing products within this Judicial District, regularly do and solicit business in this Judicial District, and have the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

8. For example, Samsung maintains a regular and established place of business in this Judicial District at 6625 Excellence Way, Plano, Texas 75023 and has committed acts of infringement in this Judicial District.

9. Samsung has not contested venue in this District. *See*, e.g., Answer ¶ 10, *Arbor Glob. Strategies LLC v. Samsung Elecs. Co.*, No. 2:19-cv-333, Dkt. 43 (E.D. Tex. Apr. 27, 2020); Answer ¶ 29, *Acorn Semi, LLC v. Samsung Elecs. Co.*, No. 2:19-cv-347, Dkt. 14 (E.D. Tex. Feb. 12, 2020).

## **PATENTS-IN-SUIT**

10. On December 1, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,204,095 (the "'095 Patent") entitled "Instant communications system having established communication channels between communication devices." A true and

correct copy of the '095 Patent is available at https://patentimages.storage.googleapis.com/86/6b/66/13899667504515/US9204095.pdf.

11.     On May 21, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,298,644 (the "'644 Patent") entitled "Instant communications system having established communication channels between communication devices." A true and correct copy of the '644 Patent is available at https://patentimages.storage.googleapis.com/d4/c3/1c/0b02355ff8387e/US10298644.pdf

12.     Instacom is the sole and exclusive owner of all right, title, and interest in the '095 Patent and '644 Patent, (collectively, the "Patents-in-Suit" or "Asserted Patents") and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Instacom also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## FACTUAL ALLEGATIONS

13.     The Patents-in-Suit generally cover systems and methods related to multi-media communication.

14.     Defendants have infringed and continue to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import televisions and displays. For example, the Accused Products include all versions and variants of Samsung Galaxy smartphones and SmartTV's pre-installed with the SmartThings application and Ring Doorbell Pro.

15.     For example, Defendants sell and offer to sell the Accused Products in the United States through online stores such as Amazon, Walmart, and https://www.samsung.com/. Upon

information and belief, Defendants sell and offer to sell the Accused Products directly to customers and end-users through their website, as well as through their stores on Amazon and Walmart.

16. For further example, Defendants sell and offer to sell the Accused Products directly to customers and end-users in this District at the Walmart Supercenter in Marshall, Texas 75670 for in-store purchase. Defendants also sell and offer to sell the Accused Products directly to customers and end-users in this District at the Target in Lufkin, Texas 75901.

17. Upon information and belief, Defendants are jointly responsible for the sale of the Accused Products to customers in the United States, including through their store at https://www.samsung.com/us/.

<u>COUNT I</u><br>(Infringement of the '095 Patent)

18. Paragraphs 1 through 17 are incorporated by reference as if fully set forth herein.

19. Instacom has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '095 Patent.

20. Defendants infringe, contribute to the infringement of, and/or induce infringement of the '095 Patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '095 Patent including, but not limited to, at least the Accused Products.

21. Defendants have directly infringed and continue to directly infringe the '095 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '095 Patent. These products include the Accused Products that practice the methods and systems covered by the '095 Patent including, for example, Samsung Galaxy smartphones and SmartTV's pre-installed with the SmartThings application and Ring Doorbell Pro. As an

example, the Samsung Galaxy S24 Ultra equipped with the pre-installed Samsung SmartThings application ("Galaxy") infringes at least Claim 16 of the '095 Patent.

22.     For example, Defendants have and continue to directly infringe at least Claim 16 of the '095 Patent by making, using, offering to sell, selling, and/or importing into the United States products that practice a method for providing instantaneous communications, the method comprising: storing, by a processor of a first communication device, in a memory in communication with the processor, a plurality of communication device identifiers, each respective communication device identifier corresponding to one or more communication devices; configuring, by the processor, a first communication channel to support one or more multimedia streams transmitted with a second communication device over an internet protocol (IP) network, the second communication device being associated with a second communication device identifier selected from the plurality of communication device identifiers; receiving, by the processor, a first command when a first user control of the first communication device is manipulated by a user, wherein the first user control is configured to provide to the processor the first command instructing the processor to communicate with the second communication device associated with the second communication device identifier; and responsive to the processor receiving the first command: transmitting, by the processor, a first outgoing multimedia stream of the one or more outgoing media streams over the IP network to the second communication device using the first communication channel.

23.     The Accused Products practice a method of providing instantaneous communications. For example, the Galaxy allows for instantaneous communication, as explained below.

24.     The Accused Products practice a method of storing, by a processor of a first communication device, in a memory in communication with the processor, a plurality of

communication device identifiers, each respective communication device identifier corresponding to one or more communication devices. For example, the Galaxy includes a Qualcomm Snapdragon 8 Gen 3 processor. When a smart device is added and configured in the SmartThings application on the Galaxy, the processor executes the necessary functions to register the device and load its associated functionalities into the application. Additionally, the Galaxy incorporates internal memory (e.g., 256 GB storage), which is utilized by the SmartThings application to store device-related information.







**Source:** Screenshots from Galaxy

25.     Furthermore, the Galaxy also stores a multitude of communication identifiers through the SmartThings application. For example, the below shows that the SmartThings can communicate with a variety of other devices, all of which are given identifiers. These are configurable via the SmartThings application.

  

**Source:** Screenshots from Galaxy



Source: https://www.samsung.com/levant/support/apps-services/add-and-manage-devices-and-appliances-in-smartthings/

26.    The Accused Products practice a method of configuring, by the processor, a first communication channel to support one or more multimedia streams transmitted with a second

communication device over an internet protocol (IP) network, the second communication device being associated with a second communication device identifier selected from the plurality of communication device identifiers. For example, the Galaxy can use the SmartThings application to connect a Ring Doorbell Pro ("Ring") device (the second communication device).



**Source:** https://partners.smartthings.com/partners/ring



**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

27.    Once the Ring device is configured within the SmartThings application, the Galaxy,

supports multimedia streams transmitted with the Ring device via a communication channel. For

example, Ring video streams and alerts can be sent directly to the Galaxy phone, as shown below.





**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

## Ring products

Ring offers a range of smart home security devices.

### Ring Video Doorbells

Ring video doorbells feature a built-in camera and Two-Way Talk, so you can hear and speak to whomever is at your door through your Ring app. Your video doorbell can also send notifications to your smart device (phone or tablet) and record what's happening at your door.

**Source:** https://ring.com/support/articles/03vq7/Ring-Video-Doorbell-and-Security-Camera-Frequently-Asked-Questions

28.    Furthermore, the SmartThings application can also connect to Samsung Smart TVs. The SmartThings application can then establish a communication channel from the Ring device to the Samsung SmartTV, as shown below.

# How do I use the Ring Doorbell Pro with my smart TV?

You can use your Ring Doorbell Pro with certain models of Samsung smart TVs to view your front door from your TV. This will allow you to see visitors when they ring the bell or take a look to see what's happening outside when motion is detected.

To use the Ring Doorbell Pro, you will need to connect the Doorbell through the Ring and SmartThings apps, and then select the options you want to use on your smart TV.

**Source:** https://ring.com/support/articles/03vq7/Ring-Video-Doorbell-and-Security-Camera-Frequently-Asked-Questions



**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

29.     This communication is done over WiFi, an IP network, and the Ring device has an identifier on the Galaxy, as shown below.

15

## How Ring products work

Ring products require an existing home wifi network for setup and use, a mobile device (phone or tablet), and the Ring app, which allows you to monitor and control all of your Ring devices in one place.

All Ring devices are compatible with 2.4 GHz wifi networks, while some Ring devices are also compatible with 5 GHz networks (Dual-Band Wifi).

Ring products are designed to work with your home wifi network. Your Ring devices will not work with a mobile phone hotspot. Ring products do not support Bluetooth.

**Source:** https://ring.com/support/articles/03vq7/Ring-Video-Doorbell-and-Security-Camera-Frequently-Asked-Questions



Source: Screenshot of Galaxy

30.    The Accused Products practice a method of receiving, by the processor, a first command when a first user control of the first communication device is manipulated by a user, wherein the first user control is configured to provide to the processor the first command instructing the processor to communicate with the second communication device associated with the second communication device identifier. For example, the Galaxy SmartThings application supports configuring and controlling both Samsung devices and compatible Partner devices. For

16

instance, assume both a Ring device and a Samsung Smart TV are linked via the Galaxy SmartThings application as described above. Then, the processor of the Galaxy may receive commands, from either the Galaxy itself, or from the linked Samsung Smart TV, to interact with the Ring device. For example, the Galaxy or Samsung Smart TV may elect to stream voice data to the Ring device. When the processor of the Galaxy receives that instruction, it must communicate with the Ring device to begin sending the voice data to it.



Source: https://www.youtube.com/watch?v=Ld2V8WMrCvw

## Set notifications and use a doorbell on your Smart TV

**Note:** This function is only supported on Samsung Smart TVs and smart monitors produced in 2022 or later. (To use the function in TVs produced in 2021, a software update may be required.) This function requires a SmartThings compatible doorbell. Only Ring doorbells (3 or Pro) support the two-way talk function. This list will include additional doorbells in the future.

The SmartThings app on your TV or smart monitor provides a notification setting function, as well as a two-way doorbell talk function. From SmartThings settings, you can choose which devices to receive notifications from, so that the notifications won't interfere with your viewing experience. With a Smart Doorbell, you can check the camera from your TV and see who is at the front door. You can even talk to them without pausing the TV. Please use the following steps to enable notifications:

1   Navigate to and open **SmartThings** on your TV, and then select the **Settings** icon in the top right hand corner.

2   Select **Notification** on the left side.

3   Scroll down to find your doorbell. If you have named the doorbell in the mobile SmartThings app, it will appear under that name on your TV. (For example, Front door or John's doorbell.)

4   Highlight **Ring**. The dot will turn blue when selected, or remain gray for unused notifications.

**Note:** You can select **Motion** as well, but this will display a notification any time there is movement around the doorbell, even if it is not pressed.

**Source:** https://www.samsung.com/ae/support/tv-audio-video/how-to-use-the-smartthings-app-on-your-samsung-smart-tv/



**Source:** https://www.samsung.com/ae/support/tv-audio-video/how-to-use-the-smartthings-app-on-your-samsung-smart-tv/

31.    The Accused Products practice a method responsive to the processor receiving the first command: transmitting, by the processor, a first outgoing multimedia stream of the one or more outgoing media streams over the IP network to the second communication device using the first communication channel. For example, the Galaxy is able to send voice data over the IP network coming from either the Galaxy itself, or a Samsung Smart TV, via its processor after receiving the first command, as described above.





**Source:** https://ring.com/video-doorbell-cameras

32.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '095 Patent, as provided by 35 U.S.C. § 271(b), by knowingly and intentionally inducing infringement by others, such as Defendants' customers and end-users, in this District and elsewhere in the United States. For example, Defendants' customers and end-users directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the Accused Products. Defendants induce this direct infringement through their affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and they directly infringe the '095 Patent. Defendants perform these affirmative acts with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '095 Patent, but while remaining willfully blind to the infringement.

33.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '095 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '095 Patent is directly infringed by others. The accused components within the Accused

Products are material to the invention of the '095 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '095 Patent. Defendants perform these affirmative acts with knowledge of the '095 Patent and with intent, or willful blindness, that they cause the direct infringement of the '095 Patent.

34.     Defendants have willfully infringed, and continue to willfully infringe, the '095 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing or taking deliberate steps to avoid learning that those acts infringe.

35.     Instacom has suffered damages as a result of Defendants' direct and indirect infringement of the '095 Patent in an amount to be proved at trial.

36.     Instacom has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '095 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

**COUNT II**
**(Infringement of the '644 Patent)**

37.     Paragraphs 1 through 17 are incorporated by reference as if fully set forth herein.

38.     Instacom has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '644 Patent.

39.     Defendants infringe, contribute to the infringement of, and/or induce infringement of the '644 Patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '644 Patent including, but not limited to, at least the Accused Products.

40.     Defendants have directly infringed and continue to directly infringe the '644 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C.

§ 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '644 Patent. These products include the Accused Products that practice the methods and systems covered by the '644 Patent including, for example, Samsung Galaxy smartphones and SmartTV's pre-installed with the SmartThings application and Ring Doorbell Pro. As an example, the Samsung Galaxy S24 Ultra equipped with the pre-installed Samsung SmartThings application ("Galaxy") infringes at least Claim 1 of the '644 Patent.

41.    For example, Defendants have and continue to directly infringe at least Claim 1 of the '644 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a first communication device for providing instantaneous communications, the first communication device comprising: a memory configured to store a plurality of communication device identifiers, wherein each respective communication device identifier is associated with one or more communication devices; and a processor in communication with the memory, the processor configured to: configure a first communication channel to support one or more incoming multimedia streams transmitted over an internet protocol (IP) network from a second communication device having a first communication device identifier; receive over the IP network a first incoming multimedia stream from the second communication device, the first incoming multimedia stream received by the processor of the first communication using the first communication channel, and the first incoming multimedia stream transmitted from the second communication device; and upon receiving the first incoming multimedia stream via the first communication channel from the second communication device, automatically playback multimedia content of the first incoming multimedia stream.

42.     The Accused Products comprise a first communication device for providing instantaneous communications. For example, the Galaxy provides instantaneous communication as described below.

43.     The Accused Products comprise a memory configured to store a plurality of communication device identifiers, wherein each respective communication device identifier is associated with one or more communication devices. For example, the Galaxy has internal memory (e.g., 256 GB storage) configured to store the SmartThings application. The SmartThings application is configured to store device identifiers associated with one or more device, as shown below.

 



Source: Galaxy screenshot



Source: https://www.samsung.com/levant/support/apps-services/add-and-manage-devices-and-appliances-in-smartthings/

44.    The Accused Products comprise a processor in communication with the memory. For example, the Galaxy has a Qualcomm Snapdragon 8 Gen 3 processor in communication with memory, as whenever a smart device is added and configured in the SmartThings application, the processor executes the necessary functions to register the device and load its associated functionalities into the application.



Source: Galaxy screenshot

25

45.    The Accused Products comprise a processor in communication with the memory, the processor configured to configure a first communication channel to support one or more incoming multimedia streams transmitted over an internet protocol (IP) network from a second communication device having a first communication device identifier. For example, the SmartThings application on the Galaxy (first communication device) supports configuring both Samsung devices and Partner devices. The Ring Doorbell Pro ("Ring") (second communication device) is a Partner device that can be added to the SmartThings ecosystem and serves as the second communication device. During setup and operation, the Ring Doorbell communicates with the Galaxy Wi-Fi IP network. Once configured, the Ring device transmits live multimedia video streams to the SmartThings application, which establishes and uses a communication channel over the IP network to receive these incoming streams. The Ring device also has its own device identifier within SmartThings.



Source: Galaxy screenshot

### How Ring products work

Ring products require an existing home wifi network for setup and use, a mobile device (phone or tablet), and the Ring app, which allows you to monitor and control all of your Ring devices in one place.

All Ring devices are compatible with 2.4 GHz wifi networks, while some Ring devices are also compatible with 5 GHz networks (Dual-Band Wifi).

Ring products are designed to work with your home wifi network. Your Ring devices will not work with a mobile phone hotspot. Ring products do not support Bluetooth.

### Ring products

Ring offers a range of smart home security devices.

**Ring Video Doorbells**

Ring video doorbells feature a built-in camera and Two-Way Talk, so you can hear and speak to whomever is at your door through your Ring app. Your video doorbell can also send notifications to your smart device (phone or tablet) and record what's happening at your door.

Reviewing previously recorded video on your Ring cameras and doorbells requires a Ring Home subscription. Only events that occur after you have subscribed will be recorded. Past events might appear in your history, but you cannot view or recover them.

**Source:** https://ring.com/support/articles/03vq7/Ring-Video-Doorbell-and-Security-Camera-Frequently-Asked-Questions



**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

# How do I use the Ring Doorbell Pro with my smart TV?

You can use your Ring Doorbell Pro with certain models of Samsung smart TVs to view your front door from your TV.  This will allow you to see visitors when they ring the bell or take a look to see what's happening outside when motion is detected.

To use the Ring Doorbell Pro, you will need to connect the Doorbell through the Ring and SmartThings apps, and then select the options you want to use on your smart TV.

**Source:** https://ring.com/support/articles/03vq7/Ring-Video-Doorbell-and-Security-Camera-Frequently-Asked-Questions



**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

46.     The Accused Products comprise a processor in communication with the memory, the processor configured to receive over the IP network a first incoming multimedia stream from the second communication device, the first incoming multimedia stream received by the processor of the first communication using the first communication channel, and the first incoming multimedia stream transmitted from the second communication device. For example, the Galaxy

receives the live video feed from the Ring device over the first communication channel, as shown above.

47.    The Accused Products comprise a processor in communication with the memory, the processor configured to upon receiving the first incoming multimedia stream via the first communication channel from the second communication device, automatically playback multimedia content of the first incoming multimedia stream. For example, once the live video stream is received, the SmartThings app automatically plays back the incoming video stream transmitted over Wi-Fi/IP. For example, when the Ring Doorbell detects motion or a doorbell press, the Galaxy immediately receives the live video stream and displays it within the application, as shown below. Furthermore, when the SmartThings application is also connected with a Samsung SmartTV, the Galaxy will immediately play back the incoming multimedia stream to Samsung SmartTV.



**Source:** https://www.youtube.com/watch?v=Ld2V8WMrCvw

48.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '644 Patent, as provided by 35 U.S.C. § 271(b), by knowingly and intentionally inducing infringement by others, such as Defendants' customers and end-users, in this District and elsewhere in the United States. For example, Defendants' customers and end-users directly

32

infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the Accused Products. Defendants induce this direct infringement through their affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and they directly infringe the '644 Patent. Defendants perform these affirmative acts with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '644 Patent, but while remaining willfully blind to the infringement.

49.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '644 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '644 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '644 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '644 Patent. Defendants perform these affirmative acts with knowledge of the '644 Patent and with intent, or willful blindness, that they

33

cause the direct infringement of the '644 Patent.

50.    Defendants have willfully infringed, and continue to willfully infringe, the '644 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing or taking deliberate steps to avoid learning that those acts infringe.

51.    Instacom has suffered damages as a result of Defendants' direct and indirect infringement of the '644 Patent in an amount to be proved at trial.

52.    Instacom has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '644 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Instacom prays for relief against Defendants as follows:

a.    Entry of judgment declaring that Defendants directly and/or indirectly infringe one or more claims of each of the Patents-in-Suit;

b.    Entry of judgment declaring that Defendants' infringement of the Patents-in-Suit is willful;

c.    An order awarding damages sufficient to compensate Plaintiff for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, including supplemental damages post-verdict, together with pre-judgment and post-judgment interest and costs;

d.    Enhanced damages pursuant to 35 U.S.C. § 284;

e.    Entry of judgment declaring that this case is exceptional and awarding Plaintiff its costs and reasonable attorney fees pursuant to 35 U.S.C. § 285;

f.    An accounting for acts of infringement;

g.    Such other equitable relief which may be requested and to which the Plaintiff is entitled; and

h.    Such other and further relief as the Court deems just and proper.

Dated: January 21, 2026                Respectfully submitted,

                                        /s/ *Vincent J. Rubino, III*
                                        Vincent J. Rubino, III
                                        NY Bar No. 4557435
                                        Email: vrubino@fabricantllp.com
                                        Jacob Ostling
                                        NY Bar No. 5684824
                                        Email: jostling@fabricantllp.com
                                        **FABRICANT LLP**
                                        411 Theodore Fremd Avenue,
                                        Suite 206 South
                                        Rye, New York 10580
                                        Telephone: (212) 257-5797
                                        Facsimile: (212) 257-5796

                                        ***ATTORNEYS FOR PLAINTIFF***
                                        ***INSTACOM, LLC***