## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| INSTACOM LLC,<br><br>     *Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>*and* SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>     *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00041-JRG-RSP |

### ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by InstaCom LLC ("Plaintiff"). (Dkt. No. 14.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH prejudice. (*Id*. at 1.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 28th day of May, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE